**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY D. PATTON, | No. 2:25-cv-1816-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| K. THORNTON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to inform the Court regarding consent to Magistrate Judge jurisdiction. See ECF No. 7. Good cause appearing therefor, Plaintiff's motion will be granted and the consent election form submitted on August 14, 2025, will be deemed timely. The sufficiency of Plaintiff's complaint will be addressed separately.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion for an extension of time, ECF No. 7, is granted.

2.  Plaintiff's consent election form, submitted on August 14, 2025, ECF No. 8, is deemed timely.

**Dated:  January 28, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE